IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.: 18-cv-01381-CMA-MEH

JOHN M. ASKINS and SHELLEEN ASKINS,

   Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.

   Defendants.

_____

### NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)
_____

Plaintiffs, John M. Askins and Shelleen Askins (collectively, "Plaintiffs"), give the following notice of dismissal pursuant to F.R.C.P. 41(a)(1)(A)(i):

No answer or motion for summary judgment has been filed and accordingly, pursuant to said Rule, Plaintiffs are filing a notice of dismissal without prejudice.

Dated:  June 26, 2018.                     Respectfully submitted,

                                                                        THE FRANKL LAW FIRM, P.C.

                                                                        *s/ Keith Frankl*
                                                                        Keith Frankl
                                                                        7400 E. Orchard Road, Suite 225-S
                                                                        Greenwood Village, CO  80111
                                                                        Telephone:  (303) 300-2029
                                                                        Fax:  (303) 300-2059
                                                                        Email:  kfrankl@frankllawfirm.com
                                                                        *Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of June 2018, a true and correct copy of the foregoing **NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** was electronically served upon the following:

Katie B. Johnson
Paul W. Jordan
Sutton Booker P.C.
4949 S. Syracuse, Suite 520
Denver, CO  80237

                                                *s/ Heidi Roehrs*
                                                Heidi Roehrs